UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CORLISS NICHOLSON

VERSUS

COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 20-724-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.) dated January 4, 2021, to which no objection was filed,

**IT IS ORDERED** that this case shall be transferred to the United States District Court for the Western District of Louisiana, Lafayette Division.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 12, 2021.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**